## McIVER v. SMITH

[351 N.C. 344 (2000)]

RODERICK TODD McIVER AND TERRIE GENTRY v. JAMES SUGGS SMITH
AND FORSYTH COUNTY

No. 453PA99

(Filed 3 March 2000)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 134 N.C. App. 583, 518 S.E.2d 522 (1999), affirming an order for summary judgment entered by Martin (Lester P.), J., on 7 January 1998, in Superior Court, Forsyth County. Heard in the Supreme Court 14 February 2000.

*Roderick Todd McIver for plaintiff-appellants.*

*Womble Carlyle Sandridge & Rice, P.L.L.C., by Alison R. Bost, for defendant-appellees.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice MARTIN did not participate in the consideration or decision of this case.